[No. 38245. Department Two. May 5, 1966.]

LOLA GOVETT, *Respondent*, v. FIRST PACIFIC INVESTMENT CO., *et al.*, *Appellants.**

*Barbara Ohnick*, for appellants.

*Kathreen Mechem*, for respondent.

PER CURIAM.—As in *Ormiston v. Boast, ante* p. 548, 413 P.2d 969 (1966), the instant appeal

is primarily factual, and the substance of it is that the plaintiff disagrees with the findings of the trial court. As explained in *Thorndike v. Hesperian Orchards, Inc.*, 54 Wn.2d 570, 343 P.2d 183 (1959), and many times since, we do not retry factual issues, and our examination of the record where a finding of fact is challenged, goes no further than to determine whether there is substantial evidence to sustain that finding. *Christensen v. Columbia Acceptance Corp.*, 66 Wn.2d 347, 402 P.2d 497 (1965); *Safeco Ins. Co. of America v. Pacific Indem. Co.*, 66 Wn.2d 38, 401 P.2d 205 (1965); *Harris v. Rivard*, 64 Wn.2d 173, 390 P.2d 1004. If there is substantial evidence to support a finding, it becomes a verity so far as we are concerned.

We have examined the record and found substantial evidence to support the trial court's findings. We therefore affirm the judgment.